# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| John James O'Boyle, Jr. | : | |
| | : | |
| Debtor | : | Bankruptcy No.  19-16100-amc |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 27, 2019, this case is hereby DISMISSED.

**Date: October 30, 2019**

_____
Honorable  Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:

    Matrix
    Certificate of Credit Counseling
    Chapter 13 Plan
    Chapter 13 Statement of Your Monthly Income
    Means Test Calculation
    Schedules AB-J
    Statement of Financial Affairs
    Summary of Assets and Liabilities

bfmisdoc