United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
John James O'Boyle, Jr.  
    Debtor

Case No. 19-16100-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Oct 31, 2019  
                    Form ID: pdf900     Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2019.  
db         +John James O'Boyle, Jr.,   2823 Chatham St.,   Philadelphia, PA 19134-4213  
14400205   +Ditech Financial LLC,   c/o Kevin G. McDonald, Esquire,   701 Market Street Suite 5000,   Philadelphia, PA. 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: megan.harper@phila.gov Nov 01 2019 03:15:15    City of Philadelphia,   City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,   Philadelphia, PA  19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2019 03:14:45   Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,   Harrisburg, PA  17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 01 2019 03:15:03   U.S. Attorney Office,   c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                         TOTAL: 3

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 31, 2019 at the address(es) listed below:  
        KEVIN G. MCDONALD   on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                                                 TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                    :    Chapter   13
                                         :
John James O'Boyle, Jr.                  :
                                         :
        Debtor                           :    Bankruptcy No.  19-16100-amc

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated September 27, 2019, this case is hereby DISMISSED.

**Date: October 30, 2019**

_____
Honorable  Ashely M. Chan
United States Bankruptcy Judge

Missing Documents:
        Matrix
        Certificate of Credit Counseling
        Chapter 13 Plan
        Chapter 13 Statement of Your Monthly Income
        Means Test Calculation
        Schedules AB-J
        Statement of Financial Affairs
        Summary of Assets and Liabilities

bfmisdoc